1 | Adam Rose (210880)
adam@frontierlawcenter.com
2 | FRONTIER LAW CENTER
23901 Calabasas Road, #2074
3 | Calabasas, CA 91302
Telephone: (818) 914-3433
4 | Facsimile: (818) 914-3433

5 | Shannon Liss-Riordan (310719)
sliss@llrlaw.com
6 | Lichten & Liss-Riordan
729 Boylston Street, #2000
7 | Boston, MA 02116
Telephone: (617) 994-5800
8 |
Attorneys for Plaintiff
9 | Emma Hart, individually and on behalf of a class of similarly situated individuals
10 |
11 | REED E. SCHAPER, Bar No. 082792
rschaper@hkemploymentlaw.com
12 | KIRSTIN E. MULLER, Bar No. 186373
kmuller@hkemploymentlaw.com
13 | ALISON M. HAMER, Bar No. 258281
ahamer@hkemploymentlaw.com
14 | HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
15 | Santa Monica, CA 90401
Telephone: (310) 255-0705
16 | Facsimile: (310) 255-0986

17 | Attorneys for Defendants
SHERATON OPERATING CORPORATION and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC (formerly known as STARWOOD HOTELS & RESORTS WORLDWIDE, INC.)
18 |

**DENIED**
BY ORDER OF THE COURT

19 | UNITED STATES DISTRICT COURT
20 | CENTRAL DISTRICT OF CALIFORNIA

21 | EMMA HART, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

STARWOOD HOTELS AND RESORTS, LLC, SHERATON OPERATING CORPORATION, and DOES 1 to 10,

Defendants.

CASE NO. 8:17-cv-2021-JVS-KES

[PROPOSED] ORDER GRANTING STIPULATION TO HAVE PERMISSION TO APPEAR BY PHONE

1

482

1  Based on the parties' Stipulation, permission is granted for the parties to
2  appear by telephone at the February 21, 2019 Motion for Preliminary Approval of
3  Class Action Settlement hearing.
4      IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

7  Dated: February 20, 2019     Hon. Judge James V. Selna