Adam Rose (210880)
adam@frontierlawcenter.com
FRONTIER LAW CENTER
23901 Calabasas Road, #2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Shannon Liss-Riordan (310719)
sliss@llrlaw.com
Lichten & Liss-Riordan
729 Boylston Street, #2000
Boston, MA 02116
Telephone: (617) 994-5800

Attorneys for Plaintiff
Emma Hart, individually and on behalf of a
class of similarly situated individuals

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA HART, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>STARWOOD HOTELS AND RESORTS, LLC, SHERATON OPERATING CORPORATION, and DOES 1 to 10,<br><br>Defendants. | CASE NO. 8:17-cv-2021-JVS-KES<br>CLASS ACTION<br><br>DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL AND MOTION FOR ATTORNEY FEES<br><br>Date: June 17, 2019<br>Time: 1:30 p.m.<br>Ctrm: 10C |

-1-
DECLARATION OF SHANNON LISS-RIORDAN

I, Shannon Liss-Riordan, declare the following:

1. I am one of the attorneys of record representing plaintiff Emma Hart in this matter. I have personal knowledge of the facts in this declaration and if called on to testify about the facts I could and would competently do so.

2. I have worked for approximately 20 years on developing theories of helping workers who do not receive all the tips or service charges they are owed.

3. Regarding this case, I spent approximately 5 hours discussing the theories with Adam Rose and Manny Starr.

4. I also spent approximately 10 hours reviewing and editing the pleadings and mediation brief.

5. Most importantly, I spent approximately 20 hours traveling to and from, and attending the lengthy mediation that took place on June 13, 2018.

6. Finally, I spent approximately 5 hours helping Adam Rose with the motions for preliminary and final approval.

7. Part of the reason that the mediation was so long was because the issues in this case were not ordinary wage and hour issues.

8. The concept that the employees are third party beneficiaries of the mandatory service charges is something that I have developed over time.

9. Thus, during the mediation the discussion about the service charges was prevalent, and I believe my input led to the successful settlement.

10. Therefore, I respectfully request the court to grant the requested attorney fees that are higher than the usual 25% benchmark, as the issues in this case were not necessarily clear from the outset due in part to the lack of many published opinions.

11. I also request the court to grant the requested incentive award to Ms. Hart, since her participation and information were quite vital to moving the case forward before and during mediation to the settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2019. /s/ Shannon Liss-Riordan

-2-
DECLARATION OF SHANNON LISS-RIORDAN