REED E. SCHAPER, Bar No. 082792
rschaper@hkemploymentlaw.com
KIRSTIN E. MULLER, Bar No. 186373
kmuller@hkemploymentlaw.com
ALISON M. HAMER, Bar No. 258281
ahamer@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendants
SHERATON OPERATING
CORPORATION and STARWOOD
HOTELS & RESORTS WORLDWIDE,
LLC (formerly known as STARWOOD
HOTELS & RESORTS WORLDWIDE,
INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| EMMA HART, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, SHERATON OPERATING CORPORATION, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-02021-JVS-KES<br><br>**FINAL JUDGMENT**<br><br><br><br>Complaint Filed: October 11, 2017<br>First Amended Complaint Filed:<br>                December 27, 2017 |

This Court having held a Final Approval Hearing on June 17, 2019, notice of the hearing having been duly provided in accordance with this Court's February 21, 2019 Order Regarding Granting Plaintiffs' Motion for Preliminary Approval of Settlement Agreement ("Preliminary Approval Order") (Docket No. 42-1), and having issued its Order Regarding Motion for Final Approval of Settlement Agreement and Motion for Attorney Fees, Costs, and Class Representative Award

(Docket no. 51) and having retained jurisdiction for settlement administration and now fully having considered all matters submitted to it in the resolution and administration of this matter, including the Declaration of Chris Lawless (on Behalf of CPT Group, Inc.) with Respect to Disbursement and Final Accounting (Docket No. 52), for good cause appearing, and finding no just reason for further delay in entry of judgment in this matter, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

This Court finds that settlement administration is now complete and under Federal Rule of Civil Procedure 54(b), there is no reason for further delay in entering judgment and hereby orders that judgment is hereby entered according to the terms and conditions of the Class Action Settlement Agreement and General Release ("Settlement" or "Settlement Agreement") (Docket No. 37-1, page 25, Paragraph 63), whereby Plaintiff and all "Participating Settlement Class Members" are hereby permanently enjoined from prosecuting the claims released therein and from initiating or continuing other proceedings regarding the "Released Claims," as defined therein.

**IT IS SO ORDERED.**

Dated: March 12, 2021

_____
Honorable James V. Selna
United States District Judge